# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LORRAINE (LORI) CARROLL,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-00085-MMD-WGC<br><br>ORDER |

　　　This action reflects that the Complaint was filed on February 7, 2020. (ECF No. 1.) On June 1, 2020, the Court issued a notice of intent to dismiss Defendants Department of Defense Education Activity and Thomas Brady, pursuant to Fed. R. Civ. P. 4(m), unless proof of service upon said defendant was filed by July 1, 2020. (ECF No. 6) To date, no proof of service has been filed upon neither Defendant.

　　　Accordingly, it is ordered that this action is dismissed without prejudice.

　　　DATED THIS 2nd day of July 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE